DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 APRIL 2015

| 055P02-13 | State v. Henry Ford Adkins | Def's *Pro Se* Motion for PDR | Denied |
|---|---|---|---|
| 056P15 | The Currituck Club Property Owners Association, Inc. v. Mancuso Development, Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA14-476) | Denied |
| 057P15 | In the Matter of O.K.D., G.M.D., I.W.D. | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA14-755) | Denied |
| 059P15 | State v. Burnice Antwon Hinnant, Jr. | 1. Def's NOA Based Upon a Constitutional Question (COA14-599)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed |
| 060P15 | In the Matter of David P. Hall | 1. Petitioner's NOA Based Upon a Constitutional Question (COA14-435)<br><br>2. Petitioner's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. —<br><br>2. Denied<br><br>3. Allowed<br><br>**Ervin, J., recused** |
| 061P15 | In the Matter of J.K.P. | Respondent-Mother's PDR Under N.C.G.S. § 7A-31 (COA14-756) | Denied |
| 062P15 | Mary Lacey and Jonathan Lucas v. Bonnie Kirk, Individually and as Attorney-In-Fact, Bonnie Kirk as Trustee of the Mary Frances Cochran Longest Testamentary Trust, and Bonnie Kirk as Executrix of the Estate of Mary Frances Cochran Longest | 1. Def's Motion for Temporary Stay (COA14-688)<br><br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **03/13/2015** Dissolved **04/09/2015**<br><br>2. Denied<br><br>3. Denied<br><br>**Ervin, J., recused** |
| 063P15 | State v. Isidro Garcia Hernandez | 1. Def's *Pro Se* Motion for NOA (COAP14-731)<br><br>2. Def's *Pro Se* Motion for PDR<br><br>3. Def's *Pro Se* PWC to Review Order of the COA | 1. Dismissed *ex mero motu*<br><br>2. Dismissed<br><br>3. Dismissed |